UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM J. FUSSELL, JR.,

    Plaintiff / Counter-Defendant,

vs.                                            CASE NO.: 3:10-cv-193-J-32JRK

TOMMY SEAGRAVES, JR.

    Defendant / Counter-Plaintiff.
_____/

## COUNTER-CLAIM OF DEFENDANT SHERIFF

Defendant / Counter-Plaintiff, TOMMY SEAGRAVES, in his official capacity as Sheriff of Nassau County, Florida, by and through undersigned counsel, hereby counter-claims as to the Plaintiff and says:

1. This is an action for damages pursuant to Florida Statutes Section 960.291, et. seq. for civil restitution and a civil restitution lien.

2. This claim arises from a common nucleus of operative facts as Plaintiff's claims set forth in the complaint. As such, this Court possesses jurisdiction under its supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

3. At times pertinent to this claim, Plaintiff / Counter-Defendant WILLIAM FUSSELL, JR., was present in Nassau County, Florida, engaging in the actions alleged, which occurred in Nassau County, Florida.

4. Counter-Plaintiff is the Sheriff of Nassau County, Florida. As such, he qualifies as a "local subdivision" of the State of Florida within the meaning of Section 960.297, Florida Statutes. See, §960.291(6), Fla. Stat. (2000).

5. Plaintiff/Counter-Defendant, WILLIAM FUSSELL, JR., was a pre-trial detainee or inmate in the Nassau County Jail from December 30, 2008 until October 28, 2009.

6. Plaintiff/Counter-Defendant is a "convicted offender" as that term is defined by Section 960.291(2), Fla. Stat.

7. Defendant/Counter-Plaintiff brings this counter-claim under Florida Statutes Sections 960.291. et. seq., including, but not limited to, Sections 960.293 and 960.297, Fla. Stat. The statute provides that a convicted offender is liable to the State and its local subdivisions for damages and losses as set forth in Sections 960.293 and 960.297, Florida Statutes.

> (2) Upon conviction, a convicted offender is liable to the State and its local subdivisions for damages and losses for incarceration costs and other correctional costs.
> (a) If the conviction is for a capital or life felony, the convicted offender is liable for incarceration costs and other correctional costs in the liquidated damage amount of $250,000.00.
> (b) If the conviction is for an offense other than a capital or life felony, a liquidated damage amount of $50.00 per day of the convicted offender's sentence shall be assessed against the convicted offender and in favor of the state or its local subdivisions.

8. Section 960.297(2) provides the State or its local subdivisions may bring a counter-claim under §960.293 beginning July 1, 1994. For those offenders who were convicted before July 1, 1994, $50.00 per day in liquidated damages for incarceration costs may be had for the convicted offender's sentence remaining after July 1, 1994.

9. In accordance with the cited statutes, Plaintiff/Counter-Defendant was lawfully incarcerated in the Nassau County Jail for 303 days, including time held as a result of his conviction of a felony offense, as referenced in Plaintiff's complaint and in the documents sentencing Plaintiff for the crime for which he was convicted.

10.     Thus, pursuant to the statute, Plaintiff/Counter-Defendant is liable to Defendant Sheriff for $50.00 per day for each day of his sentence.

WHEREFORE, Defendant/Counter-Plaintiff, Sheriff Seagraves, seeks an award of damages and losses in the form of his civil restitution lien as calculated under §960.293(2).

Sheriff demands a trial by jury of all issues so triable.

Respectfully submitted this 8th day of June 2010.

/s/ KEITH C. TISCHLER
KEITH C. TISCHLER
Florida Bar No. 0334081
JOLLY & PETERSON, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
Tel:   (850) 422-0282
Fax:   (850) 422-1913

*Attorney for Defendant Seagraves*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to by U.S. Mail, Certified, to William J. Fussell, Jr., DOC # 035512, Union Correctional Institution, 7819 NW 228th Street, Raiford, Florida, 32026 this 8th day of June 2010.

/s/ KEITH C. TISCHLER
KEITH C. TISCHLER