UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM J. FUSSELL, JR.,

    Plaintiff,

vs.                                      CASE NO.: 3:10-CV-193-J-32JRK

EARICE RAY RHODEN, JR., et al.,

    Defendants./
_____

**DEFENDANTS' RESPONSE TO
PLAINTIFF'S REQUEST FOR SANCTIONS**

    **COME NOW** Defendants, EARICE RAY RHODEN, JR., and ERNIE COLE, in their individual capacities, by and through undersigned counsel, and hereby file their Response to Plaintiff's Request for Sanctions and respectfully request that the Court deny Plaintiff's Request. In support thereof, the Defendants would aver as follows:

    1.    Plaintiff is not represented by an attorney and is incarcerated in Union Correctional Institution.

    2.    Defendants have not provided Plaintiff with initial disclosures in this lawsuit.

**MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 26(a)(1)(A) states in pertinent part:

"Except as exempted by Rule 26(a)(1)(B) or as otherwise stipulated or ordered by the court, a party must, without awaiting a discovery request, provide to the other parties: . . ."

Federal Rule of Civil Procedure 26(a)(1)(B) states in pertinent part:

1

"The following proceedings are exempt from initial disclosure:

(i) . . .
(iv) an action brought without an attorney by a person in the custody of the Untied States, a state or a state subdivision; . . ."

Plaintiff, who is proceeding *pro se,* was incarcerated when he initiated this lawsuit and currently remains incarcerated in Union Correctional Institution.  Accordingly, this proceeding is exempt from initial disclosure.  Defendants are not required to provide the initial discovery listed in Rule 26(a)(1)(A).

WHEREFORE, the Defendants respectfully request that the court deny Plaintiff's request to impose sanctions.

Respectfully submitted 12th day of August, 2011.

    */s/ LISA TRUCKENBROD*
LISA TRUCKENBROD
Florida Bar No. 132055
JOLLY & PETERSON, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
Tel:    (850) 422-0282
Fax:    (850) 422-1913

*Attorney for Defendants Rhoden and Cole*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail only to William Fussell, DC# 035512 Union Correctional Institution, 7819 NW 228th Street, Raiford, Florida 32026 this  12th day of August 2011.

    */s/ LISA TRUCKENBROD*
LISA TRUCKENBROD