UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM J. FUSSELL, JR.,

      Plaintiff,

v.                                    Case No. 3:10-cv-193-J-32JRK

EARICE RAY RHODEN, JR., et al.,

      Defendants.

## ORDER

Plaintiff's *pro se* "Objection Motion to Compel" (Doc. #30) and "Objection Request for Sanctions" (Doc. #31) are **STRICKEN** because Plaintiff is now represented by counsel.  See the Court's Order (Doc. #34), filed August 17, 2011.  Plaintiff's counsel may resubmit these requests if he deems it to be appropriate.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of August, 2011.

*[signature]*
JAMES R. KLINDT
United States Magistrate Judge

ps 8/17
c:
Counsel of Record